Michael A. SINGLETON, f/k/a Michael A. Singleton, # 1081861, Plaintiff–Appellant,

v.

UNITED STATES, The; NJ Federal District; 10 Unidentified U.S. Marshals; Warden Bernard Mackey, Kirkland CI; Sheriff Al Cannon, Charleston

County Detention Center; Clayton C. Mood, probation agent; Kelly Kasis Solars, Charleston County Public Defender; Robert Phipps O'Neil, attorney, Defendants–Appellees,

and

SC Federal District; Greenville SC District Court, The; Magistrate Judge Bruce H. Hendricks; District Court Judge C.W. Houck; US District Judge Terry L. Wooten, Defendants.

No. 11–7595.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Michael A. Singleton, Appellant Pro Se.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Singleton appeals the district court's order accepting the magistrate judge's recommendation to dismiss his civil rights claims under 28 U.S.C. § 1915(e)(2)(B) (2006). Limiting our review to the issues raised in Singleton's informal brief, *see* 4th Cir. R. 34(b), we find no reversible error and affirm the district court's judgment. *Singleton v. United States*, No. 8:11–cv–01198–TMC, 2011 WL 5508998 (D.S.C. Nov. 10, 2011). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*